# United States District Court
## For The Western District of North Carolina
## Statesville Division

LINDA SUE SMYRE,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                  CASE NO. 5:06CV155

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 25, 2007, Order.

                         Signed: September 25, 2007

Frank G. Johns, Clerk
United States District Court